UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 19-216(DSD)

United States of America,

        Plaintiff,

v.                                                **ORDER**

Frank Anthony Santovi,

        Defendant.


This matter is before the court upon the motion by defendant Frank Anthony Santovi for compassionate release. Based on the record, file, and proceedings herein, and for the following reasons, the motion is denied.

In November 2019, defendant pleaded guilty to conspiracy to distribute methamphetamine. The court sentenced him to 192 months' imprisonment. He is due to be released in 2033.

Defendant now moves for a 34-month sentence reduction based on his rehabilitation, his desire to raise his three daughters, the fact that he received a higher sentence than his co-defendant, the Bureau of Prisons' failure to credit ten months of state custody, and his interest in working and contributing to society. The court applauds defendant's sentiments but none of the factors he mentions provides a basis for compassionate release or a sentence reduction. See U.S.S.G. § 1B1.13.

The court also finds that § 3553(a) factors weigh against

release.    Under    the    circumstances    presented,    a    substantial reduction in sentence would not reflect the seriousness of the crime, provide just punishment, or take into account Santovi's history  and  characteristics.    See  18  U.S.C.  § 3553(a)(1), (a)(2)(A).    The  court  continues  to  believe  that  the  sentence originally imposed best meets the § 3553(a) factors.

Accordingly, **IT  IS  HEREBY  ORDERED**  that  the  motion  for compassionate release [ECF No. 192] is denied.

Dated: March 30, 2026

s/*Paul A. Magnuson* for
David S. Doty, Judge
United States District Court